UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Nidhin Creations, Inc., et al, | § | |
|   *Plaintiffs,* | § | |
| v. | § | Civil Action H-04-2533 |
| | § | |
| Department of Homeland Security, et al, | § | |
|   *Defendants.* | § | |

## ORDER

Plaintiffs' unopposed motion for an extension of time to respond to defendant's cross-motion for summary judgment is granted. Plaintiffs shall file a response to defendant's cross-motion for summary judgment on or before January 31, 2006.

Signed at Houston, Texas on December 27, 2005.

Stephen Wm Smith
United States Magistrate Judge